## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ERICA A. MADRID,

    Plaintiff,

v.                                            No. 2:17-cv-977-KG-KRS

BRITT SNYDER, Chaves County Sheriff,
CHAVES COUNTY SHERIFF'S DEPARTMENT,
COUNTY OF CHAVES, COMMISSIONERS OF
CHAVES COUNTY,

    Defendants.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND**

THIS MATTER comes before the Court upon the parties' Stipulated Motion for Extension of Time for Plaintiff to Respond to Defendant's Motion to Dismiss (Doc. 19), filed December 20, 2017. Having reviewed the request, the Court FINDS and CONCLUDES that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff shall have fourteen (14) days from the entry of this order to respond to Defendant's Motion to Dismiss (Doc. 6).

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**