# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ERICA A. MADRID

    Plaintiff,

vs.                                                        No. 2:17-cv-00977-KG-KRS

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF CHAVES; Chaves County
Sheriff BRITT SNYDER in his individual
capacity; and AURELIA "MOLLY" APODACA,

    Defendants.

## ORDER EXTENDING CASE DEADLINES

**THIS MATTER** having come before the Court upon the parties' Stipulated Motion to Extend Case Deadlines and the Court having been fully advised of the circumstances herein,

FINDS: that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all case deadlines, beginning with the discovery deadline, are extended as follows:

(a) Termination of discovery: **February 28, 2019**;

(b) Motions relating to discovery: **March 7, 2019**;

(c) All other motions, including Daubert and dispositive motions: **March 29, 2019**;

(d) Pretrial order:     Plaintiff to Defendants by:     **May 28, 2019**;

                      Defendants to Court by:     **June 4, 2019**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE