IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERICA A. MADRID,

    Plaintiff,

v.                                                       No. 2:17-cv-00977-KG-KRS

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF CHAVES; Chaves County
Sheriff BRITT SNYDER in his individual
capacity; and AURELIA "MOLLY" APODACA,

    Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Dismiss Defendants, The Board of County Commissioners of the County of Chaves and Chaves County Sheriff Britt Snyder in his individual capacity, and the Court having reviewed the motion of the parties and being otherwise fully advised, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED THAT the Plaintiff's complaint against Defendants, The Board of County Commissioners of the County of Chaves and Chaves County Sheriff Britt Snyder in his individual capacity, is hereby dismissed with prejudice. The parties shall bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

NEW MEXICO ASSOCIATION OF COUNTIES

By:     */s/ Mark Drebing*
        BRANDON HUSS
        MARK DREBING
        111 Lomas Blvd., N.W., Suite 424
        Albuquerque, NM 87102
        (505) 820-8116
        bhuss@nmcounties.org
        mdrebing@nmcounties.org
        *Attorneys for Defendants*


Approved:

NEDBALEK LAW OFFICE, LLC

By:  *Electronically approved on May 10, 2019*
        W. Chris Nedbalek
        1096 Mechem Drive, Ste. G-03
        Ruidoso, NM 88345
        (575) 630-0036 (Ruidoso)
        (575) 524-4588 (Las Cruces)
        (575) 541-3009 (fax)
        chris@ned4law.com
        *Attorney for Plaintiff*